FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2023

No. 04-22-00823-CV

Eduardo Martinez **ARIZALA**,
Appellant

v.

Lourdes Lizeth **MARTINEZ ARIZALA**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI14443
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

On December 8, 2022, Eduardo Martinez Arizala, appellant, filed a notice of appeal stating his intent to appeal a divorce decree. The clerk's record was filed on January 12, 2023. Although the clerk's record contains the judge's notes, the clerk's record does not contain a final judgment. *See In re L.H.*, No. 04-13-00174-CV, 2013 WL 3804585, at *1 (Tex. App.—San Antonio July 17, 2013, no pet.) (noting judge's notes do not constitute a final order) (mem. op.). In response to this court's inquiry, the trial court clerk confirmed that the clerk's record contains no final order. "[A]n appeal may be prosecuted only from a final judgment. *N.E. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). Because no final order has been entered in the underlying case, appellant is ORDERED to show cause in writing within ten days from the date of this order why this appeal should not be dismissed for lack of jurisdiction.

It is so **ORDERED** on January 25, 2023.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

